James A. SAUNDERS, Petitioner,

v.

DEPARTMENT OF AGRICULTURE, Respondent.

No. 05–3035.

United States Court of Appeals, Federal Circuit.

Nov. 30, 2004.

## ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

DARKPRINT IMAGING, INC., Plaintiff–Appellant,

v.

STATIC CONTROL COMPONENTS, INC., Defendant–Cross Appellant.

No. 04–1176, 04–1197.

United States Court of Appeals, Federal Circuit.

Dec. 1, 2004.

## ON MOTION

## *ORDER*

The parties move jointly to voluntarily dismiss their appeals of the judgment of the United States District Court for the District of Colorado in *Darkprint Imaging, Inc. v. Static Control Components, Inc.,* No. 98–M–2232 (D.Co. Dec. 3, 2003).

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The unopposed motion to dismiss is granted.*

(2) Each side shall bear its own costs.

---

* We note that the parties request that this dismissal be with prejudice, however, it is not the practice of this court to dismiss with or without prejudice.